IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| **JONATHAN FLEMISTER,** on behalf of himself and all others similarly situated**,** | : : : : | |
| Plaintiff, | : : | CIVIL ACTION FILE NO. 1:12-cv-00187-TWT |
| vs. | : : : | **JURY TRIAL DEMANDED** |
| **BISHOP-THIEM SEPTIC TANK, INC.,** AND **RONALD R. THIEM,** | : : : : | |
| Defendants. | : | |

### ORDER APPROVING SETTLEMENT
### AND DISMISSING ACTION WITH PREJUDICE

Having considered the parties' consent motion, it is **ORDERED** as follows:

The parties' settlement of Plaintiff's claims against Defendants in this civil action is hereby approved; Plaintiff's Complaint, and all claims made therein, is hereby dismissed with prejudice; and this civil action is hereby terminated.

So Ordered, this 27th day of April, 2012.

/s/Thomas W. Thrash
Thomas W. Trash, Jr.
United States District Judge